# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY MARROW,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1690 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPERINTENDENT LAWLER,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 23rd day of July 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket in the above-captioned case to reflect the proper spelling of Defendants Granlund, UM Granlund, and Marhelko;

2. Defendants' motion to dismiss (Doc. No. 39) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** with respect to Plaintiff's state law tort claims. The motion is **DENIED** with respect to Plaintiff's Eighth Amendment claim;

3. Defendants are directed to file an answer to Plaintiff's amended complaint (Doc. No. 21) within fourteen (14) days of the date of this Order; and

4. The parties are directed to complete discovery within six (6) months of the date on which Defendants filed their answer.

                                             s/ Sylvia H. Rambo
                                             United States District Judge