## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY MARROW,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:19-cv-1690** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **SUPERINTENDENT** | : | |
| **LAWLER,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 20th day of August 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant Barkley's motion to dismiss (Doc. No. 45) is **GRANTED in part** and **DENIED in part**.  The motion is **GRANTED** with respect to Plaintiff's damages claims against Defendant Barkley in her official capacity and his state law tort claims.  The motion is **DENIED** with respect to Plaintiff's Eighth Amendment claim against Defendant Barkley in her individual capacity, as well as her official capacity to the extent Plaintiff seeks prospective injunctive and declaratory relief; and

2. Recognizing that all Defendants, including Defendant Barkley, filed an answer in the above-captioned case on August 5, 2020 (Doc. No. 49), the parties are directed to complete discovery by February 5, 2021.

/s Sylvia H. Rambo
United States District Judge