# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY MARROW, : | |
|    Plaintiff : | |
| : | No. 1:19-cv-1690 |
| v. : | |
| : | (Judge Rambo) |
| SUPERINTENDENT : | |
| LAWLER, *et al.*, : | |
|    Defendants : | |

# ORDER

**AND NOW**, on this 12th day of May 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 60) is **GRANTED**, and Plaintiff's motion for summary judgment (Doc. No. 58) is **DENIED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Superintendent Lawler, Unit Manager Granlund, Mrs. Granlund, Rose A. McKinney, Ms. Marhelko, Mrs. Susan Wolfe, Superintendent Brittain, and Kimberly A. Barkley and against Plaintiff Tracy Marrow; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge